Before the Second Division, May 27, 1958

**No. 62001.**—Frank P. Dow Co., Inc. *v.* United States, protest 301626–K (San Francisco).

Opinion by RAO, J. In accordance with oral stipulation of counsel that the merchandise is not of the character of watch movements described in said subdivision (5), it was held that the watch movements were not subject to the additional duty of 75 cents.